IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DISABILITY RIGHTS FLORIDA, INC.,**
a Florida non-profit corporation,

        Plaintiff,
v.                                   CASE NO. 8:10-cv-2666-T-26TGW

**GRADY JUDD,** in his official capacity as
Sheriff of Polk County, Florida,

        Defendant.
_____/

## PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

**COMES NOW** the Plaintiff, DISABILITY RIGHTS FLORIDA, INC., d/b/a DISABILITY RIGHTS FLORIDA, by and through its undersigned attorneys, pursuant to Fed. R. Evid. 201(d), and moves this court to take Judicial Notice of the attached three page Certified Order from the Circuit Court in Polk County, Florida entitled "**ORDER ADJUDGING DEFENDANT INCOMPETENT TO PROCEED AND FOR COMMITMENT TO DEPARTMENT OF CHILDREN AND FAMILIES**" in the matter of *State of Florida v. Kristopher Rodriguez*, Case No. CF08-008913-XX, which was rendered on November 30, 2009.

As grounds therefore, the Defendant, GRADY JUDD ("JUDD"), has asserted that no one other than Georgia Holloway was known to have or suspected of having a qualifying developmental or mental disability and was being restrained in the Infirmary at the Polk County Jail on September 1, 2010.

1

(*See* PRFA No. 25[1] & DR2PRFA No. 25[2]). JUDD has now identified Kristopher Rodriguez ("Rodriguez") as a person being restrained on September 1, 2010. (*See* Burke Aff., ¶ 3).[3] Although not binding upon this court as a conclusive finding of mental illness, the attached Order provides a factual adjudicative basis that JUDD was furnished a copy of the Order and either knew or should have **suspected** that Rodriguez had a qualifying mental disability. *See United States v. Jones*, 29 F. 3d 1549, 1553 (11th Cir. 1994) (and cases cited therein).

Pursuant to Local Rule 3.01(g), counsel for the Plaintiff conferred with counsel for the Defendant in a good faith effort to resolve the issues raised by the motion and were unable to agree to the motion.

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

By   s/ Paul E. Liles
    Paul E. Liles, Esquire
    Florida Bar No. 0921270
    Senior Trial Counsel
    **Disability Rights Florida, Inc.**
    1000 N. Ashley Drive, Suite 640
    Tampa, Florida 33602
    (850) 488-9071 Telephone
    (850) 488-8640 Facsimile
    paull@DisabilityRightsFlorida.org
    Lead Trial Counsel

---

[1] References to the Plaintiff's Request for Admissions, dated February 1, 2011, are designated herein as "PRFA No(s)."
[2] References to the Defendant's Response to Plaintiff's Request for Admissions, dated February 1, 2011, are designated herein as "DR2PRFA No(s)."
[3] References to the Affidavit of Captain Craig Burke, dated April 13, 2011 (filed under seal), are designated herein as "Burke Aff., ¶ (no)."

and

By    s/ Kristen Cooley Lentz
Katherine DeBriere
Florida Bar No. 58506
kdebriere@filsinc.org
Kristen Cooley Lentz
Florida Bar No. 649635
klentz@filsinc.org
**Florida Institutional Legal Services, Inc.**
12921 SW 1st Road,
Suite 107, #346
Newberry, FL 32669
(352) 375-2494 Telephone
(352) 331-5202 Facsimile
Co-Counsel