**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DISABILITY RIGHTS OF FLORIDA, INC.,**

      **Plaintiff**,

**v.**                                         **Case No.: 8:10-cv-2666-T-35TGW**

**GRADY JUDD, Sheriff of Polk County,**
**Florida, in his official capacity,**

      **Defendant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's claims for declaratory and injunctive relief against Defendant, Sheriff Grady Judd, as the individual responsible for the direction, organization, and control of the Polk County Jail and its infirmary, regarding the interpretation of Plaintiff's authority under the Protection and Advocacy of Individual Rights Act ("PAIR"), 29 U.S.C. § 794(e), the Protection and Advocacy for Persons With Developmental Disabilities Act ("PADD"), 42 U.S.C. §§ 15001 *et seq.*, and the Protection and Advocacy for Individuals With Mental Illnesses Act ("PAIMI"), 42 U.S.C. §§ 10801 *et seq.* Plaintiff claims, <u>inter alia</u>, that it was denied reasonable access to Defendant's facility and argues that it is entitled to unaccompanied access, without advance notice and within a reasonable time, to the Polk County Jail, including the infirmary, to make an investigation of the facility due to

reports that persons with disabilities are being subjected to abuse and neglect by the use of bed restraints.

The issues were tried by the Court without a jury on January 5, 2011. The parties submitted evidence in the form of testimony and documentary evidence, and they provided the Court with legal citations and argument. At the conclusion of trial, the Court found there was insufficient evidence to support Plaintiff's claims for declaratory and injunctive relief and **GRANTED** Judgment in favor of the **DEFENDANT** as to all claims. Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

(1) For the reasons set forth on the record on January 5, 2012, the **CLERK** is **DIRECTED** to **ENTER** Final Judgment in favor of Defendant Grady Judd, in his official capacity as the Polk County Sheriff, and against Plaintiff Disability Rights of Florida on all Counts of Plaintiff's Complaint.

**DONE** and **ORDERED** in Tampa, Florida this 9th day of January 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

2